# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN CLAUSEN, | 3:17-cv-00416-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 12, 2019 |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Discovery Requests (ECF No. 21). Defendants request up to and including Monday, February 25, 2019, to respond to Plaintiff's discovery requests.

Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Discovery Requests (ECF No. 21) is **GRANTED**. Defendants shall have up to and including **Monday, February 25, 2019**, to respond to Plaintiff's discovery requests.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
    Deputy Clerk