# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN CLAUSEN, | Case No.: 3:17-cv-00416-MMD-WGC |
| Plaintiff | **Minute Order** |
| v. | Re: ECF No. 50 |
| NEVADA DEPARTMENT OF CORRECTIONS, et. al., | |
| Defendants | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK: <u>KAREN WALKER</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a motion requesting a second extension of time to file his response to Defendants' motion for summary judgment. (ECF No. 50.) The motion is **GRANTED**. Plaintiff has up to and including **January 21, 2020**, to file his response.

**IT IS SO ORDERED**.

Dated: December 27, 2019　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____

　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk