**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN CLAUSEN, | ) | 3:17-cv-00416-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 23, 2020 |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Extension of Time to File Renewed Motion for Leave Pursuant to Order (ECF No. 62).

Defendants' Motion for Extension of Time to File Renewed Motion for Leave Pursuant to Order (ECF No. 62) is **GRANTED**. Defendants shall have to and including **August 5, 2020**, to file their renewed motion for leave. The exhibits shall remain provisionally sealed until the court has addressed the renewed motion for leave.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK
By:  <u>     /s/                              </u>
      Deputy Clerk