AARON D. FORD
 Attorney General
STEPHEN J. AVILLO, Bar No. 11046
 Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: savillo@ag.nv.gov

*Attorneys for Defendants*
*Javier Castro, Dillyn Keith, Robert Smith,*
*Brian Ward and Harold Wickham*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN CLAUSEN,<br><br>              Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>              Defendants. | Case No. 3:17-cv-00416-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff *Pro Se*, Kevin Clausen, and Defendants, Javier Castro, Dillyn Keith, Robert Smith, Brian Ward and Harold Wickham, by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed to during the Judicial Settlement Conference that took place on January 13, 2021.

DATED 2/10/21, 2021.

By: /s/ Kevin Clausen
KEVIN CLAUSEN
*Plaintiff Pro Se*

DATED    February 9, 2021.

By: /s/Stephen J. Avillo
STEPHEN J. AVILLO, Bar No. 11046
Deputy Attorney General

*Attorney for Defendants*

1

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case. It is further ordered that Plaintiff's motion to dismiss (ECF No. 90) is denied as moot.

DATED April 19, 2021, 2021.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 16th day of April, 2021, I caused a copy of the foregoing, **STIPUALTION AND ODER TO DISMISS WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Kevin Clausen, #75180
High Desert State Prison
22010 Cold Creek Road
P.O. Box 650
Indian Springs, NV 89070
HDSP_LawLibrary@doc.nv.gov

                                                              _/s/Perla M. Hernandez_
                                                              An employee of the
                                                              Office of the Attorney General